RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 8124
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_Weksler@fd.org

Attorney for Mario Alberto Arias-Dieguez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>MARIO ALBERTO ARIAS-DIEGUEZ,<br><br>          Defendant. | Case No. 18-mj-138-CWH<br><br>**STIPULATION TO CONTINUE PRELIMINARY EXAMINATION**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brenda Weksler, Assistant Federal Public Defender, counsel for Mario Alberto Arias-Dieguez, that the Preliminary Examination currently scheduled on February 16, 2018 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel has been out of the jurisdiction since being assigned to this case and needs additional time to meet and confer with her client.

2. Defendant is incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 13th day of February, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>Acting United States Attorney |
| */s/ Brenda Weksler*<br>By_____<br>BRENDA WEKSLER<br>Assistant Federal Public Defender | */s/ Robert Knief*<br>By_____<br>ROBERT KNIEF<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIO ALBERTO ARIAS-DIEGUEZ,<br><br>    Defendant. | Case No. 18-mj-138-CWH<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Preliminary Examination currently scheduled on February 16, 2018 at the hour of 4:00 p.m., be vacated and continued to _March 19, 2018 at the hour of _4:00 p.m.

    DATED this _February 13, , 2018.

_____
UNITED STATES MAGISTRATE JUDGE

3