Nicholas A. Trutanich
United States Attorney
District of Nevada
Nevada Bar Number 13644
Robert A. Knief
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Email:  Robert.Knief@usdoj.gov
Counsel for Plaintiff United States

***UNITED STATES DISTRICT COURT***
***DISTRICT OF NEVADA***
**-oOo-**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-0070-JAD-VCF |
| Plaintiff, | |
| | <u>STIPULATION TO RESET</u> |
| vs. | <u>DEADLINE</u> |
| MARIO ARIAS-DIEGUEZ, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas Trutanich, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Maggie Lambrose, counsel for defendant Mario Arias Dieguez, that the deadline for the filing of the government's response to the defendant's Motion to Compel Confidential Informant Material (ECF No. 51), be reset to February 20, 2020.

This stipulation is entered into for the following reasons:

1.     Government Counsel is preparing a response to a motion to suppress and preparing for trial in two matters scheduled in Reno (3:19-cr-0026-LRH-WGC and 3:19-cr-0027-LRH-WGC) and needs additional time to research and respond to the instant motion.

2.     Government counsel was out of the office on February 14, 2020 serving as a juror is a state court matter.

1

3.      Defendant is in custody and does not object to the continuance.

4.      For the reasons stated above, the ends of justice would best be served by a continuance of the government deadline.

5.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

6.      This is the first request for a continuance filed herein.

DATED this <u>18th</u> day of February 2020.

Respectfully submitted,

Nicholas A. Trutanich
United States Attorney


 _/s/ Margaret Lambrose_
MARGARET LAMBROSE
Counsel for Defendant

 _/s/ Robert Knief_
ROBERT KNIEF
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

UNITED STATES OF AMERICA,

              Plaintiff,

      vs.

MARIO ARIAS-DIEGUEZ,

              Defendant.

Case No.: 2:18-cr-0070-JAD-VCF

STIPULATION TO RESET DEADLINE

(First Request)

## FINDINGS OF FACT

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.      Government Counsel is preparing a response to a motion to suppress and preparing for trial in two matters scheduled in Reno (3:19-cr-0026-LRH-WGC and 3:19-cr-0027-LRH-WGC) and needs additional time to research and respond to the instant motion.

2.      Government counsel was out of the office on February 14, 2020 serving as a juror is a state court matter.

3.      Defendant is in custody and does not object to the continuance.

4.      For the reasons stated above, the ends of justice would best be served by a continuance of the government deadline.

5.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

6.      This is the first request for a continuance filed herein.

. . .

. . .

. . .

1

## **ORDER**

It is therefore ORDERED that the Government's reply regarding defendant's Motion to Compel Confidential Informant Material (ECF No. 51), is due on the 20th day of February 2020.

DATED this 19th day of February, 2020.

_____
Cam Ferenbach
UNITED STATES MAGISTRATE JUDGE