RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Mario Arias-Dieguez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00070-JAD-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE REPLY DEADLINE** |
| v. | (First Request) |
| MARIO ARIAS-DIEGUEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Mario Arias-Dieguez, that the Reply to Response to Motion to Compel currently due on February 27, 2020, be vacated and continued to March 3, 2020.

This Stipulation is entered into for the following reasons:

1. Counsel for Mr. Arias-Dieguez is preparing for an evidentiary hearing scheduled on Friday, February 28, 2020 in *USA v. Moore,* 2:19-cr-00171-JCM-VCF.

2. Mr. Arias-Dieguez is incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 27th day of February, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Robert Knief*<br>By_____<br>ROBERT KNIEF<br>Assistant United States Attorney |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARIO ARIAS-DIEGUEZ,<br><br>    Defendant. | Case No. 2:18-cr-00070-JAD-VCF<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Reply to Response to Motion to Compel currently due on February 27, 2020 be vacated and continued to March 3, 2020.

    DATED this 6th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE