# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIO ARIAS-DIEGUEZ,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00070-JAD-VCF<br><br>**ORDER**<br><br>ECF No. 74 |

　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for November 9, 2020 at 11:00 a.m., be vacated and continued to December 28, 2020, at 11:00 a.m.

　　DATED this 4th day of November, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3